RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for JAMES FRANK MARTIN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES FRANK MARTIN,<br><br>Defendant. | Case No. 3:16-cr-0067-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for JAMES FRANK MARTIN and Acting United States Attorney SUE FAHAMI, Assistant United States Attorney ANDREW KEENAN, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for February 24, 2025, at 10:00 AM, be vacated and continued to March 24, 2025, at 10:30 AM.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the third request for a continuance.

DATED this 19th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By /s/ *Sean A. McClelland*<br>   SEAN A. MCCLELLAND<br>   Assistant Federal Public Defender<br>   Counsel for JAMES MARTIN | By  /s/ *Andrew Keenan*<br>   ANDREW KEENAN<br>   Assistant United States Attorney<br>   Counsel for the Government |

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for February 24, 2025, at 10:00 AM, be vacated and continued to March 24, 2025, at 10:30 AM.

DATED this <u>19th</u> day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE