**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:16-cr-00067-MMD-CSD |
| Plaintiff, | |
| vs. | **ORDER FOR RELEASE** |
| JAMES FRANK MARTIN, | |
| Defendant. | |

On April 7, 2025, this Court held a hearing ordering the Defendant to be temporarily detained pending acceptance and transportation to an inpatient treatment facility.

On April 16, 2025, the assigned Probation Officer advised the Court that Defendant has been accepted to New Frontier and requested Defendant be released from custody on April 21, 2025 to Penny Morales (mother) or James Martin (father), who will transport Mr. Martin to New Frontier.

Accordingly, the Court orders that James Frank Martin be released from custody at the Washoe County Detention Center on **Monday, April 21, 2025,** at **8:00 a.m.**, to Penny Morales or James Martin who will transport Mr. Martin directly to New Frontier for inpatient treatment.

Defendant will be released at that time under all previously imposed supervision conditions.

**IT IS SO ORDERED.**

DATED:   April 17, 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE